JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT COWAN, individually and on behalf of all others similarly situated, | ) ) ) Case No. CV 16-6391 FMO (AFMx) |
| Plaintiffs, | ) ) |
| v. | ) **JUDGMENT** ) |
| GOLDCORP INC., <u>et al.</u>, | ) ) |
| Defendants. | ) ) |

   **IT IS ADJUDGED** that the above-captioned case is dismissed with prejudice as to the named plaintiffs and without prejudice as to the putative class members.

Dated this 16th day of October 2017.

               /s/
              Fernando M. Olguin
            United States District Judge